bridge, and William H. Ziegler appointed commissioners. See 51 N. Y. Supp. 1139.

BROWER, Respondent, v. SHAW et al., Appellants. (City Court of New York, General Term. August 4, 1898.) Action by Charles De Hart Brower against William H. Shaw and James K. Shaw. David J. Newland, for appellants. William E. Hill, for respondent.

PER CURIAM. Order appealed from affirmed, with costs.

BROWN et al. v. CENTRAL NAT. BANK et al. (Supreme Court, Appellate Division, First Department. June 17, 1898.) Action by John Crosby Brown and others against the Central National Bank and others. No opinion. Motion granted, on payment of $10 costs.

BROWN et al., Respondents, v. CODY et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 7, 1898.) Action by Charles A. Brown and John Flemming, composing the firm of Brown & Flemming, against William Cody, James Cody, and Richard Cody, composing the firm of Cody Bros. No opinion. Motion for reargument denied. See 48 N. Y. Supp. 1054.

In re BURGOYNE. (Supreme Court, Appellate Division, First Department. June 17, 1898.) In the matter of William W. Burgoyne. J. W. Hall, for appellant. T. Connolly, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, on the authority of In re Batey (decided herewith) 52 N. Y. Supp. 871.

BUTLER, Appellant, v. EMMETT, Respondent. (Supreme Court, Appellate Division, First Department. August 10, 1898.) Action by J. Jaffred Butler, as temporary administrator, against Emily Emmett. C. E. Hotchkiss, for appellant. No opinion. Order reversed, with $10 costs and disbursements, and order for examination reinstated, on opinion in Butler v. Richardson, 52 N. Y. Supp. 756.

BUTLER, Appellant, v. WALDSTEIN, Respondent. (Supreme Court, Appellate Division, First Department. June 28, 1898.) Action by Thomas V. Butler against Martin E. Waldstein. Mortimer M. Menken, for appellant. George M. Mackellar, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

BYRNE, Appellant, v. STODDARD, Respondent. (Supreme Court, Appellate Division, First Department. June 17, 1898.) Action by James C. Byrne against Charles A. Stoddard. M. Fennelly, for appellant. Berry Bros., for respondent. No opinion. Judgment affirmed, with costs, on the authority of Youngs v. Stoddard, 27 App. Div. 162, 50 N. Y. Supp. 475.

CALLANAN, Respondent, v. CLEMENT, Appellant. (Supreme Court, Appellate Division, Third Department. July 6, 1898.) Action by Amelia S. Callanan against Margaret C. Clement. No opinion. Judgment affirmed, with costs. See 42 N. Y. Supp. 514, 49 N. Y. Supp. 1133.

CAMPBELL, Respondent, v. FRIEDLANDER et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 14, 1898.) Action by Samuel I. Campbell against Albert Friedlander and Marcus Marks. No opinion. Order modified so as to direct that the plaintiff pay one-half the expenses of printing the case on appeal, and as modified order appealed from affirmed, without costs to either party.

CAPONIGRI v. ALTIERI et al. (Supreme Court, Appellate Division, First Department. June 17, 1898.) Action by Pasquale Caponigri against Pasquale Altieri and others. No opinion. Motion granted. See 47 N. Y. Supp. 715, 48 N. Y. Supp. 808, and 51 N. Y. Supp. 418.

In re CASHIN. (Supreme Court, Appellate Division, First Department. June 28, 1898.) In the matter of Mary Cashin. No opinion. Motion denied upon payment of $10 costs, and upon payment of $10 costs leave granted to apply to court below to open default.

CHITTENDEN, Appellant, v. GATES et al., Respondents. (Supreme Court, Appellate Division, Second Department. July 11, 1898.) Action by Horace H. Chittenden, as assignee, etc., against Isaac E. Gates and others.

PER CURIAM. Motion to stay execution of judgment pending appeal to the court of appeals granted, on condition that within 20 days plaintiff deposits in the People's Trust Company, to the credit of this action, the sum of $2,500, the same, or so much thereof as may be necessary, to be applied in payment of the judgment heretofore recovered against the plaintiff, in case the said judgment be affirmed by the court of appeals in whole or in part, or the appeal therefrom be dismissed. In case of failure to comply with said condition, then the motion to stay proceedings is denied, and stay hitherto granted vacated, with $10 costs. See 45 N. Y. Supp. 768, 1136, 49 N. Y. Supp. 1133.

CITY OF ROCHESTER, Respondent, v. WEST, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 18, 1898.) Action by the city of Rochester against Robert West. No opinion. Motion for reargument denied. Motion for leave to go to the court of appeals granted, and the following question certified to that court, viz.: (1) Whether or not the common council of the city of Rochester has authority, under subdivision 21 of section 40 of its charter, to pass the ordinance under consideration in this case. (2) Whether or not the ordinance in question is not an unreasonable and an undue restraint upon a lawful trade and business, and also a restraint upon the lawful and beneficial use of private property. See 51 N. Y. Supp. 482.

CLAPP v. NICHOLS et al. (Supreme Court, Appellate Division, Second Department. June 28, 1898.) Action by Hawley D. Clapp against Mary A. Nichols and others. No opinion. Or-

der amended. Henry C. Henderson appointed referee. See 52 N. Y. Supp. 128.

CLAPP, Respondent, v. NICHOLS et al.. Appellants. (Supreme Court, Appellate Division, Second Department. June 28, 1898.) Action by Hawley D. Clapp against Mary A. Nichols, impleaded with others. No opinion. Order settled. See 52 N. Y. Supp. 128.

CLOCKEY, Respondent, v. INTERNATIONAL RUBBER CLOTHING & GENERAL SUPPLY CO., Appellant. (Supreme Court, Appellate Term. June, 1898.) Action by Kate Clockey, as administratrix, etc., of John T. Clockey, deceased, against the International Rubber Clothing & General Supply Company. William Stuart, for appellant. Robinson, Biddle & Ward, for respondent. No opinion. Judgment affirmed, with costs. See 49 N. Y. Supp. 1014.

COHEN v. CONSOLIDATED GAS CO. OF NEW YORK. (Supreme Court, Appellate Division, First Department. June 17, 1898.) Action by Rachel Cohen against the Consolidated Gas Company of New York. No opinion. Motion granted, with $10 costs.

COHN et al., Appellants, v. COOPER, Respondent. (Supreme Court, Appellate Division, Third Department. July 6, 1898.) Action by Morris Cohn and Virgil H. Cohn against Martin P. Cooper, as president of Farmers' Club. No opinion. Judgment and order affirmed, with costs.

COLBY et al., Respondents, v. CITY OF COHOES, Appellant. (Supreme Court, Appellate Division, Third Department. July 6, 1898.) Action by John S. Colby and others against the city of Cohoes. No opinion. Judgment and order affirmed, with costs.

CONNER, Appellant, v. CONNER, Respondent. (Supreme Court, Appellate Division, Second Department. June 28, 1898.) Action by Sarah S. Conner against Thomas B. Conner. No opinion. Motion to dismiss appeal granted, without costs.

CONSOLIDATED ELECTRIC STORAGE CO., Respondent, v. ATLANTIC TRUST CO., Appellant. (Supreme Court, Appellate Division, First Department. June 10, 1898.) Action by the Consolidated Electric Storage Company against the Atlantic Trust Company. J. L. Ward, for appellant. W. B. Hornblower, for respondent. No opinion. Judgment affirmed, with costs, on opinion on previous appeal. See 48 N. Y. Supp. 1083.

CONTINENTAL NAT. BANK, Respondent, v. TRADESMEN'S NAT. BANK, Appellant. (Supreme Court, Appellate Division, First Department. June 10, 1898.) Action by the Continental National Bank against the Tradesmen's National Bank. C. E. Rushmore, for appellant. G. W. Wickersham, for respondent. No opinion. Reargument ordered.

CONWAY, Appellant, v. CITY OF ROCHESTER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. June 18, 1898.) Action by John Conway against the city of Rochester and others. No opinion. Motion granted. See 52 N. Y. Supp. 1140.

CORNWELL et al., Respondents, v. CORNWELL et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 26, 1898.) Action by Isabelle B. Cornwell and others, executors, etc., against George Cornwell and another, impleaded, etc. No opinion. Judgment affirmed, with costs.

CRAWFORD, Appellant, v. WINSTON, Respondent. (Supreme Court, Appellate Division, First Department. June 24, 1898.) Action by John J. Crawford against Lillie Winston, impleaded. No opinion. Motion denied, upon payment of $10 costs; and, upon payment of $10 costs, leave granted to apply in court below to open default.

CROSBY, Respondent, v. SPAULDING, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 26, 1898.) Action by William H. Crosby against Thomas H. Spaulding. No opinion. Judgment affirmed, with costs.

CULLEN, Appellant, v. MAYOR, ETC., OF CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. May Term, 1898.) Action by John Cullen against the mayor, aldermen, and commonalty of the city of New York.
PER CURIAM. This action grew out of the same occurrence as the case of Carroll v. Mayor, etc., 29 App. Div. 420, 51 N. Y. Supp. 620. It involves precisely the same facts, was tried at the same time, and the considerations which have been stated in the case of Carroll v. Mayor, etc., require an affirmance as in that case.

DE CAMP, Respondent, v. BULLARD et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 26, 1898.) Action by William S. De Camp, individually and as trustee, etc., against Daniel A. Bullard and another. No opinion. Judgment affirmed, with costs. See 50 N. Y. Supp. 807.

DELANO, Respondent, v. RICE, Appellant. (Supreme Court, Appellate Division, First Department. June 28, 1898.) Action by Warren Delano, Jr., against Isaac L. Rice. Nathan Bijur, for appellant. Horace E. Deming, for respondent. No opinion. Order for separate trial at special term of issues raised by counterclaim and reply affirmed, with $10 costs and disbursements. See 48 N. Y. Supp. 130, 295.

DELANO, Appellant, v. RICE, Respondent. (Supreme Court, Appellate Division, First Department. June 28, 1898.) Action by Warren Delano, Jr., against Isaac L. Rice. Horace E. Deming, for appellant. Nathan Bijur, for respondent. No opinion. Appeal from order